IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LUIS J. BANUELOS,

    petitioner,

vs.                                             No.   3:13-CV-00661-DRH-PMF

DAMON ACUFF, et al.,

    respondents.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is parties' stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41 (Doc. 29). All parties stipulate that this matter may be dismissed in its entirety. The Court hereby **ACKNOWLEDGES** said notice and holds that this action is **DISMISSED without prejudice**. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Signed this 10th day of September, 2013.

                                                        David R. Herndon
                                                        2013.09.10
                                                        13:41:54 -05'00'

                                                       **Chief Judge**
                                                       **United States District Court**